UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| MTD PRODUCTS INC | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Court No.: 22-00174 |
| | § | |
| UNITED STATES, | § | |
| | § | |
| Defendant. | § | |

**COMPLAINT**

Plaintiff, MTD Products Inc ("MTD"), appears by its attorneys, Braumiller Law Group, PLLC, and alleges as follows:

**CAUSE OF ACTION**

1. Plaintiff MTD Products Inc brings this action to contest the denial of its protests against the classification and rate of duty assessed, in liquidation, of certain merchandise imported into the United States.

**SUBJECT MATTER JURISDICTION AND STANDING**

2. This Court has exclusive subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1581(a).

3. Plaintiff MTD, and its wholly owned subsidiary, MTD Consumer Group Inc., (hereinafter "MTD") is the owner and importer of record of the merchandise described in paragraphs 12 through 24, which is the subject of this action.

4. MTD imported into the United States certain spark-ignition reciprocating or rotary internal combustion piston engines described herein under the customs entries set forth in the summons.

*MTD Products Inc v. United States (1:22-CV-00174)*

     5.     The Country of Origin of the imported merchandise is China.

     6.     Customs liquidated the subject entries and engines under either:

          a. HTS subheading 8407.90.1020 and 9903.88.02, which provide for "Spark-ignition reciprocating or rotary internal combustion piston engines: Other engines: To be installed in agricultural or horticultural machinery or equipment: Not exceeding 37.3kW: Other" at the rate of free ad valorem and "Articles the product of China" at 25% special duty rate, respectively, or

          b. HTS subheading 8407.90.1010 and 9903.88.02, which provide for "Spark-ignition reciprocating or rotary internal combustion piston engines: Other engines: To be installed in agricultural or horticultural machinery or equipment: Not exceeding 37.3kW: Less than 4,476 W" at the rate of free ad valorem and "Articles the product of China" at 25% special duty rate, respectively.

     7.     Pursuant to 19 USC § 1514(a), MTD timely protested the classification and rate of duty assessed at liquidation of the entries.

     8.     MTD's protests were denied.

     9.     All liquidated duties, taxes, and fees were paid prior to the commencement of this action.

     10.     Plaintiff timely commenced this action by filing a summons pursuant to 28 USC § 2631 and 28 USC § 2636 against CBP's denial of its protests.

## STATEMENT OF FACTS

     11.     Paragraphs 1 through 10 are incorporated by reference as though fully set forth herein.

12. The subject merchandise consists, in part, of complete spark-ignited gasoline engines, valued less than $180.

13. The subject merchandise is exclusively used on walk behind, riding, and zero-turn riding lawn mowers.

14. The subject merchandise is used exclusively or principally in the agriculture and/or horticulture industries.

15. The walk behind, riding and zero-turn riding lawn mowers that the subject engines are installed into fall under subheading 8433.11.00, HTSUS, which provides for mowers for lawns, parks or sports grounds, powered, with the cutting devise rotating in a horizontal plane and 8433.19.00, HTSUS, as other mowers for lawns, parks or sports grounds.

16. The spark-ignited gasoline engines have a power output ranging from 2,200W to 14,000W.

17. MTD utilizes the lawn mower engines for exclusive agriculture and horticulture use with on its American-brand lawn mowers, such as Cub-Cadet, Troy-Bilt, and Yard Machines.

18. CBP issued Ruling NY N305139, dated August 1, 2019, to Plaintiff, MTD, directing that the subject merchandise be classified under HTS 8407.90.1020 and 8407.90.1010, respectively.

19. NY N305139 has not been modified nor revoked by CBP.

20. On July 31, 2019, the U.S. Trade Representative (USTR) published Federal Register notice (84 FR 37381) establishing a Section 301 exclusion for subject lawn mower engines under Subchapter III to Chapter 99 of the HTSUS, Note 20 (o)(13):

> "[s]park-ignition rotary or reciprocating internal combustion piston engines to be installed in agricultural or horticultural machinery or equipment, 4,476W or more but not more than 37.6kW, each valued not over $180 (described in statistical reporting number 8407.90.1020)."

21. On September 20, 2019, the USTR published Federal Register notice (84 FR 49600) establishing a Section 301 exclusion for lawn mower engines under Subchapter III to Chapter 99 of the HTSUS, Note 20 (v)(56):

> "[s]park-ignition reciprocating or rotary internal combustion piston engines, to be installed in agricultural or horticultural machinery or equipment, each rated at less than 4,200 W (described in statistical reporting number 8407.90.1010).

22. CBP denied MTD's protests that requested a refund of the Section 301 duties paid.

23. The correct primary classification of the lawn mower engines with power outputs of 4,476 W or more but not exceeding 37.3kW is HTS 8407.90.1020.

24. The correct primary classification of the lawn mower engines with power outputs of less than 4,476 W is HTS 8407.90.1010.

## CLAIM 1 HTS 9903.88.02

25. Paragraphs 1 through 24 are incorporated by reference as though fully set forth herein.

26. The instant lawn mower engines with power outputs of 4,476 W or more but not exceeding 37.3kW are classifiable under HTS 8407.90.1020.

27. The instant lawn mower engines classifiable under HTS 8407.90.1020 were installed in agricultural or horticultural machinery or equipment, 4,476W or more but not more than 37.6kW, each engine valued not over $180.

*MTD Products Inc v. United States (1:22-CV-00174)*

28. The instant lawn mower engines classifiable under HTS 8407.90.1020 qualify for Section 301 duty refunds under Subchapter III to Chapter 99 of the HTSUS, Note 20 (o)(13), retroactive to the date the Section 301 duties took effect.

29. The instant lawn mower engines with power outputs of less than 4,476 W are classifiable under HTS 8407.90.1010.

30. The instant lawn mower engines classifiable under HTS 8407.90.1010 were installed in agricultural or horticultural machinery or equipment, each engine rated at less than 4,200 W

31. The instant lawn mower engines classifiable under HTS 8407.90.1010 qualify for Section 301 duty refunds under Subchapter III to Chapter 99 of the HTSUS, Note 20 (v)(56), retroactive to the date the Section 301 duties took effect.

*MTD Products Inc v. United States (1:22-CV-00174)*

## **PRAYER FOR RELIEF**

For the reasons set out herein, Plaintiff respectfully requests that this Court enter judgment in its favor, and direct CBP to reliquidate the subject merchandise under HTS subheadings 8407.90.1010/9903.88.17 and 8407.90.1020/9903.88.12, respectively, at a duty rate of free and refund to Plaintiff any excess duties deposited, with interest according to law; and provide Plaintiff with such further and other relief as may be appropriate.

                                            Respectfully submitted,

                                             /s/ Adrienne Braumiller
                                            Adrienne Braumiller

Dated:  June 4, 2024                        BRAUMILLER LAW GROUP, PLLC
                                            5220 Spring Valley Road, Ste. 200
                                            Dallas, Texas 75254
                                            Tel. (214) 348-9306
                                            Email: adrienne@braumillerlaw.com

                                            *Counsel to MTD Products Inc*