UNITED STATES COURT OF INTERNATIONAL TRADE　　　　　　FORM 7

| | |
|---|---|
| MTD PRODUCTS INC<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>United States<br>　　　　　　　　　Defendant. | Court No. 22-00174<br>and Attached Schedule |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 11/18/2024
_____

　　　　　　　　　　　　　　　　　　Adrienne Braumiller
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　5220 Spring Valley Rd, Ste. 200
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Street Address
　　　　　　　　　　　　　　　　　　Dallas, TX 75254
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　City, State and Zip Code
　　　　　　　　　　　　　　　　　　214-348-9306
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 22-00174 | MTD Products Inc | 2006-20-105027 | 95G19007577 |
| 22-00174 | MTD Products Inc | 2006-20-105026 | 95G19007304 |
| 22-00174 | MTD Products Inc | 2006-20-105028 | 95G19007874 |
| 22-00174 | MTD Products Inc | 2006-20-105029 | 95G19007882 |
| 22-00174 | MTD Products Inc | 2006-20-105030 | 95G19007890 |
| 22-00174 | MTD Products Inc | 2006-20-105031 | 95G19007981 |
| 22-00174 | MTD Products Inc | 2006-20-105032 | 95G19008120 |
| 22-00174 | MTD Products Inc | 2006-20-105033 | 95G19008823 |
| 22-00174 | MTD Products Inc | 2006-20-105034 | 95G19008831 |
| 22-00174 | MTD Products Inc | 2006-20-105035 | 95G19009383 |
| 22-00174 | MTD Products Inc | 2006-20-105036 | 95G19009466 |
| 22-00174 | MTD Products Inc | 2006-20-105037 | 95G19009771 |
| 22-00174 | MTD Products Inc | 2006-20-105038 | 95G19009854 |
| 22-00174 | MTD Products Inc | 2006-20-105039 | 95G19010027 |
| 22-00174 | MTD Products Inc | 2006-20-105040 | 95G19010183 |
| 22-00174 | MTD Products Inc | 2006-20-105147 | 95G19006561 |
| 22-00174 | MTD Products Inc | 2006-20-105148 | 95G19006736 |
| 22-00174 | MTD Products Inc | 4101-20-102182 | 95G19007254 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: November 18, 2024

Clerk, U. S. Court of International Trade

By: /s/ Steve Taronji
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)